SO ORDERED: January 3, 2020.



_____
Jeffrey J. Graham
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E. Ohio St., Rm. 116
Indianapolis, IN 46204

S000300 (rev 12/2019)

In re:

**Nastassja Mei Lin Miles**,
    Debtor.

Case No. **19–07879–JJG–13**

## ORDER CONTINUING HEARING

A Motion to Continue Hearing was filed on January 3, 2020, by Creditor Hoosier Check Cashing of Ohio, LTD, LLC.

    Continued Evidentiary Hearing on Motion for Sanctions Pursuant to 11 U.S.C. Sec. 362(k) re: Checksmart

**IT IS ORDERED** that the Motion to Continue Hearing is **GRANTED**.

**NOTICE IS GIVEN** that a hearing will be held as follows:

    Date: February 10, 2020
    Time: 10:30 AM EST
    Place: Rm. 311 U.S. Courthouse
           46 E. Ohio St.
           Indianapolis, IN 46204

Motions for continuance must be filed no later than **7 days** prior to the hearing. Motions for continuance filed less than **7 days** prior to the hearing will be granted **only** upon a showing of good cause. Every motion for continuance must indicate whether opposing counsel objects to the continuance or what efforts were made to contact opposing counsel regarding the request for continuance.

Any referenced document can be found at pacer.insb.uscourts.gov or may be requested from the filing party.

Attorney for Creditor Hoosier Check Cashing of Ohio, LTD, LLC must distribute this order.

###