UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE:                                     )
Nastassja Mei Lin Miles           )          Case No:        19-07879-JJG-13
     Debtor.                               )

### WITHDRAWAL OF DEBTOR'S MOTION FOR SANCTIONS AGAINST CREDITOR, CHECKSMART

Comes now the Debtor, by counsel, and hereby withdraws the Debtor's Motion For Sanctions against Creditor, CheckSmart for Violation of Automatic Stay filed on November 24, 2019.

1. That a Settlement has been reached.

WHEREFORE, the debtor prays that the Motion be shown as withdrawn, and for all other proper relief.

/s/ Mark S. Zuckerberg
Attorney at Law

### CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2020, a copy of the foregoing Motion was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

U.S. Trustee                                Chapter 13 Trustee
ustpregion.10.in@usdoj.gov

John Cannizzaro, Attorney for CheckSmart
John.Cannizzaro@icemiller.com>

      I further certify that on February 11, 2020, a copy of the foregoing Motion was mailed by first-class postage pre-paid and properly addressed to the following:

None

                                        /s/ Mark S. Zuckerberg
                                        Attorney for Plaintiff

Walton Legal Services, P.C.
5610 Crawfordsville Rd., #1200
Indianapolis, IN 46224
(317) 241-2900
(317) 241-2155 FAX
DarleneR@waltonlegal.net